39 A.3d 198

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. TARIK MADISON, DEFENDANT, AND ANDRE
STANLEY, DEFENDANT–APPELLANT.

March 12, 2012.

This matter having been duly considered and the Court having determined that certification was improvidently granted; It is ORDERED that the within appeal is hereby dismissed.